No. 787. OHLENDORF ET UX. *v.* GAYLES ET AL. Appeal from Ct. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1026. FENTON ET AL. *v.* SCHOOL COMMITTEE OF BOSTON. Appeal from Sup. Jud. Ct. Mass. Motion of National Education Assn. for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1031. SCHNEIDER *v.* CALIFORNIA. Appeal from C. A. 9th Cir. Motion for leave to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1096. SMITH *v.* EASTERN ORTHODOX CHURCHES OF GREATER DETROIT ET AL. Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction.

No. 5946. WRIGHT *v.* MISSISSIPPI. Appeal from Sup. Ct. Miss. Motion for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.